UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-8125-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 **O R D E R**

MICHAEL JARRETTE CASDORPH,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Michael Jarrette Casdorph's Motion For Reconsideration (DE 141). The Court has carefully reviewed said Motion and the entire court file and is fully advised in the premises.

    By prior Order (DE 137), the Court denied Defendant's Motion To Proceed In Forma Pauperis (DE 133) for failing to comply with Federal Rule of Appellate Procedure 24. He sought leave to appeal the above-styled cause without prepayment of fees. Defendant then filed the instant Motion (DE 141) in an effort to comply with Rule 24 and seek in forma pauperis status.

    In the interim, the Eleventh Circuit dismissed Defendant's appeal for lack of jurisdiction because the appeal was not timely taken. Thus, the instant Motion (DE 141) is now moot because the appeal has been dismissed by the Eleventh Circuit.

    Accordingly after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant Michael Jarrette Casdorph's Motion For Reconsideration (DE 141) be and the same is

hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___6th___ day of January, 2009.

                                  /s/ William J. Zloch
                                  WILLIAM J. ZLOCH
                                  United States District Judge

Copies furnished:

All Counsel of Record

Michael Jarrette Casdorph, pro se
Federal Correctional Institution
DB-11U
P.O. Box 779800
Miami, FL 33177